IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRYAL J. CULLER, SR., | No. C 07-1849 WHA (PR) |
| Plaintiff, | **ORDER DENYING MOTION TO RECONSIDER AND DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

This is a civil rights action filed pro se by a prisoner. The court notified petitioner that his application for leave to proceed in forma pauperis ("IFP") was deficient because he had not provided a copy of his inmate trust account as required by 28 U.S.C. § 1915(a)(2), and had omitted the page of the form application which contains a certificate of funds in his inmate account. He was informed that if he did not either pay the fee or correct the deficiencies within thirty days the case would be dismissed. No response was received, so the case was dismissed without prejudice. Plaintiff has moved to reconsider the dismissal and has filed a properly-completed IFP application.

Plaintiff's motion to reconsider contains no allegation that he made an attempt to sure the deficiencies after receiving the notice – he simply says that he asked the trust office to send the information to the court, but does not say when. In addition, this motion, unlike the one in his other case, No. C 07-1552 WHA (PR), is not signed under penalty of perjury or notarized,

so his allegations in it are not evidence. The motion to reconsider (document number 6) is **DENIED**. The motion for leave to proceed IFP (document 7) is **DENIED** as moot.

Plaintiff has also written to the Court asking advice about how to deal with the IFP problems in his cases. The Court cannot provide legal advice. If, however, plaintiff were to provide evidence – for instance in a declaration signed under penalty of perjury – that he attempted to respond to the clerk's notice of IFP deficiency, *including dates*, and was not able to do so because of interference from the prison, he could assert that as grounds to reconsider. The Court expresses no opinion as to whether such a motion would be successful.

**IT IS SO ORDERED.**

Dated: March     5    , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\CULLER849.REC

2